**No. 09-1356. Rafil Dhafir, Petitioner v. United States.**

560 U.S. 959, 130 S. Ct. 3399, 177 L. Ed. 2d 315, 2010 U.S. LEXIS 4656.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice So-

tomayor took no part in the consideration or decision of this petition.

Same case below, 577 F.3d 411 and 342 Fed. Appx. 702.